8 So.2d 223

### Tom BEAVERS v. STATE.

#### 8 Div. 159.

Court of Appeals of Alabama.

April 7, 1942.

H. T. Foster, of Scottsboro, for appellant.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

8 So.2d 223

### Willie B. BELL v. CITY OF TUSCALOOSA.

#### 6 Div. 848.

Court of Appeals of Alabama.

April 23, 1942.

PER CURIAM.

Appeal dismissed, want of prosecution.

4 So.2d 921

### Annie BERRY, alias Reid v. STATE.

#### 8 Div. 152.

Court of Appeals of Alabama.

June 30, 1941.

Rehearing Denied Oct. 7, 1941.

W. L. Chenault, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

3 So.2d 916

### Oval BESHEARS v. CITY OF HUNTSVILLE.

#### 8 Div. 157.

Court of Appeals of Alabama.

July 16, 1941.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

3 So.2d 917

### George BESTER v. STATE.

#### 6 Div. 768.

Court of Appeals of Alabama.

May 20, 1941.

F. F. Windham, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.